IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: GENE A & CHRISTINE USYAK )<br>)<br>)<br>BAC HOME LOANS SERVICING, L.P. FKA )<br>COUNTRYWIDE HOME LOANS SERVICING, L.P., )<br>       Creditor, )<br>)<br>  vs. )<br>)<br>GENE A & CHRISTINE USYAK, )<br>                   Debtor )<br>) | CASE NO. 07B13907<br>JUDGE SUSAN PIERSON SONDERBY |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the February 2009 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of February 3, 2010.

    a. Attorney's Fees                            $250.00
    b. Payments:
        2/09 – 7/09    6 @ $2,913.67  =   $17,482.02
        8/09 – 3/10    8 @ $2,993.94  =   $23,951.52
    c. Remaining balance of
       Pre-petition mortgage default
       Not included in the confirmed
       Chapter 13 Plan                  =   $2,453.17
       Total                               =   $44,136.71

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. rights to collect these amounts will remain unaffected.

                                      Respectfully Submitted,
                                      BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

                                      /s/Christopher M. Brown
                                      Christopher M. Brown
                                      ARDC#6271138

                                      Pierce and Associates, P.C.
                                      1 North Dearborn Street, Ste. 1300
                                      Chicago, Illinois 60602
                                      (312)346-9088